**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES CONNELLY, ) | CV-N-05-0431-LRH (RAM) |
| ) | |
|     Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | November 16, 2005 |
| ) | |
| TERRY GILMARTIN, ) | |
| ) | |
|     Defendant. ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>GINA MUGNAINI</u>       REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff has filed a Motion for Order Directing Service on Party (Doc. #17). The Motion refers to "attached Motions and Exhibits" which are not attached. Therefore,

    Plaintiff's Motion for Order Directing Service on Party (Doc. #17) is **DENIED**.

    IT IS SO ORDERED.

LANCE S. WILSON, CLERK

/s/
By:_____
Deputy Clerk
