## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES CONNELLY, | ) | CV-N-05-0431-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 16, 2005 |
| | ) | |
| TERRY GILMARTIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>     GINA MUGNAINI     </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Sanctions or in the Alternative Reprimandation Against the Reno Justice Court of the Township of Reno, Nevada, County of Washoe (Doc. #18).  Plaintiff's Motion refers to "attached Motions and Exhibits" which are not attached to the Motion.

In addition, this court has no jurisdiction to impose sanctions on the Reno Justice Court in this action.

Plaintiff's Motion for Sanctions or in the Alternative Reprimandation Against the Reno Justice Court of the Township of Reno, Nevada, County of Washoe (Doc. #18) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
/s/
By:_____
Deputy Clerk