## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES CONNELLY, | ) | CV-N-05-0431-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 16, 2005 |
| | ) | |
| TERRY GILMARTIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Sanctions Against Defendant's Attorney (Doc. #19).  In the statement of fact Plaintiff refers to numerous exhibits and again refers to "attached Motions and Exhibits".  There are no exhibits attached to the Motion.  Therefore,

Plaintiff's Motion for Sanctions Against Defendant's Attorney (Doc. #19) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

/s/

By:_____

Deputy Clerk