## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CONNELLY, | CV-N-05-0431-LRH (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | November 16, 2005 |
| TERRY GILMARTIN, | |
| Defendant. | |

PRESENT: THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK: GINA MUGNAINI     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Sanctions Against Defendant Terry Gilmartin (Doc. #20). In that Motion Plaintiff refers to "attached Motions and Exhibits" which are not attached. Therefore,

Plaintiff's Motion for Sanctions Against Defendant Terry Gilmartin (Doc. #20) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
/s/
By:_____
Deputy Clerk